# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Alarm Detection Systems, Inc.

                                              Plaintiff,

v.                                                                          Case No.: 1:14–cv–00876
                                                                          Honorable Thomas M. Durkin

Bloomingdale Fire Protection District, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2015:

       MINUTE entry before the Honorable Thomas M. Durkin:Defendant Lemont Fire Protection District's motion to dismiss [97] is denied as moot. Plaintiff's agreed motion for dismissal of defendant Lemont Fire Protection District is granted. [211] Defendant Lemont Fire Protection District is hereby dismissed with prejudice. Lemont Fire Protection District terminated.No appearance required on 4/7/15. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.