# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Alarm Detection Systems, Inc. <br> Plaintiff(s) <br><br> v. <br><br> Orland Fire Protection District and Tyco <br> Integrated Security, LLC <br> Defendant(s) | Case No. 14 C 876 |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)

and against defendant(s)
in the amount of $          ,

         which ☐ includes      pre–judgment interest.

                   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s) Orland Fire Protection District and Tyco Integrated Security, LLC
          and against plaintiff(s) Alarm Detection Systems, Inc.

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐      other:

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.

☐ tried by Judge Thomas M. Durkin without a jury and the above decision was reached.

☐ decided by Judge     on a motion

Date:    8/2/2018                                  Thomas G. Bruton, Clerk of Court

                                                                                   Sandy Newland, Deputy Clerk