IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALARM DETECTION SYSTEMS, INC., an Illinois corporation,<br><br>        Plaintiff,<br>vs.<br><br>ORLAND FIRE PROTECTION DISTRICT; TYCO INTEGRATED SECURITY, LLC; AND DUPAGE PUBLIC SAFETY COMMUNICATIONS,<br><br>        Defendants. | Case No.: 14 cv 876<br><br>Judge:      Thomas M. Durkin<br>Magistrate:  Jeffrey T. Gilbert |

## AGREED ORDER

This matter coming before the Court on the Emergency Agreed Motion to Seal Certain Trial Exhibits, due notice having been given, and the Court being fully advised;

IT IS HEREBY ORDERED:

(1) The Emergency Agreed Motion to Unseal Certain Trial Exhibits is granted;

(2) The Clerk of the District Court is directed to unseal the trial exhibits attached to Docket Nos. 509, 512, 513, and 522 as soon as practicable; and

(3) The Clerk of the Court is directed to maintain under seal the confidential trial exhibits attached to Docket No. 531: J-041 – J-043; P-025; P-041; P-067; D-013; D-015 – D-017; D-022; D-033 – D-041; D-062 – D-065; D-069 – D-075; D-080; D-093; D-117 – D-120; D-126A; D-127A; D-128; D-129A; D-130A; D-131A; D-132 – D-134; D-136 – D-138; D-161; D-164; and D-166.

Dated: 10/26/2018

                                                                                                */s/ Thomas M. Durkin*
                                                        _____
                                                        The Honorable Thomas M. Durkin
                                                        United States District Judge